**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-1653**

_____

In Re: STANLEY LORENZO WILLIAMS,

                    Petitioner.

_____

On Petition for Writ of Mandamus.   (1:07-cv-00828-TDS-RAE)

_____

Submitted:  July 31, 2008          Decided:  August 18, 2008

_____

Before MICHAEL, KING, and GREGORY, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Stanley Lorenzo Williams, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stanley Lorenzo Williams petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2254 (2000) petition. He seeks an order from this court directing the district court to act. Although we find that mandamus relief is not warranted because the delay is not unreasonable, we deny the mandamus petition without prejudice to the filing of another mandamus petition if the district court does not act expeditiously. We grant leave to proceed in forma pauperis. Williams' motion for stay of execution of state court sentences and to expedite consideration of the motion to stay is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>

- 2 -